# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NORMAN MARTIN, #372656 | ) ) ) |
| Plaintiff, | ) 2:12-cv-01987-GMN-GWF ) |
| vs. | ) ) **ORDER** |
| COBBS, *et al.*, | ) ) |
| Defendants. | ) ) |

Plaintiff has submitted a *pro se* civil rights complaint. However, his application to proceed *in forma pauperis* is incomplete; he has failed to include his institutional account statements. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Accordingly, plaintiff's action is dismissed without prejudice. If plaintiff wishes to pursue this matter, he should file a new action, with a new case number, along with either the $350 filing fee or a completed application to proceed *in forma pauperis* on the court-approved form. The application must be accompanied by all required financial documentation, including the institutional account statement, as described in the instructions for use of the form.

1  **IT IS THEREFORE ORDERED** that the Clerk shall **DETACH** and **FILE** the complaint (ECF #1-1).

2  **IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

3  **IT IS FURTHER ORDERED** that the Clerk **SHALL SEND** plaintiff the approved forms for filing a civil rights lawsuits under 42 U.S.C. §1983, an Application to Proceed *In Forma Pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*."

4  **IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED this 26th day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE